Form ntcdefni (11/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:  Collaspe Impossible Inc                         Case No.: 19−11651−TWD
        Debtor(s).                                      Chapter: 11

---

## NOTICE OF DEFICIENT FILING

## FOR NON−INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **May 1, 2019**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**          **May 16, 2019**

Summary of Your Assets and Liabilities − Non−Individual
Schedule A/B: Property
Schedule D: Creditors Who Hold Claims Secured by Property
Schedule E/F: Creditors Who Have Unsecured Claims
Schedule G: Executory Contracts and Unexpired Leases
Schedule H: Your Codebtors
Statement of Your Financial Affairs


DATED: **May 3, 2019**

                                                        Mark L. Hatcher
                                                        Clerk of the Bankruptcy Court


*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*